**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1651**

———————

BETTY J. JACKSON,

Plaintiff - Appellant,

versus

MECKLENBURG COUNTY; LAVONNE D. JACKSON; BILLY
F. JACKSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-99-517-3-MU)

———————

Submitted: September 8, 2000        Decided: September 15, 2000

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Betty J. Jackson, Appellant Pro Se. James Orr Cobb, Jr., RUFF, BOND, COBB, WADE & MCNAIR, Charlotte, North Carolina; Lavonne D. Jackson; Billy F. Jackson, Charlotte, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Betty J. Jackson appeals the district court's order dismissing her action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jackson v. Mecklenburg County, No. CA-99-517-3-MU (W.D.N.C. May 9, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on May 3, 2000, the district court's records show that it was entered on the docket sheet on May 9, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).